IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRY R. WOFFORD**                                             **PLAINTIFF**

v.                          No. 3:20-cv-26-DPM-JTR

**STEVE ROREX, Administrator,**
**Poinsett County Detention Center;**
**TRISHA MARSHALL, Administrator,**
**Poinsett County Detention Center;   and**
**REGINA HINDMAN, Administrator, PCDC**          **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Wofford hasn't responded to the Court's 23 March 2021 Order; instead, his mail is still being returned undelivered.  *Doc. 12 & 14–17.* Wofford's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2021