# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TERRY R. WOFFORD**                                          **PLAINTIFF**

**v.**                        **No. 3:20-cv-26-DPM-JTR**

**STEVE ROREX, Administrator,**
**Poinsett County Detention Center;**
**TRISHA MARSHALL, Administrator,**
**Poinsett County Detention Center;    and**
**REGINA HINDMAN, Administrator, PCDC**        **DEFENDANTS**

## JUDGMENT

Wofford's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 April 2021